ELSIE BENNER, APPELLEE, V. EVANS LAUNDRY COMPANY, APPELLANT.

FILED DECEMBER 12, 1929. No. 27059.

*James Kinsinger, Warren Ogden* and *H. W. Baird,* for appellant.

*Wilmer B. Comstock* and *John H. Comstock, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON and DAY, JJ., and THOMSEN, District Judge.

PER CURIAM.

This action was commenced in the district court for Lancaster county by Elsie Benner, a minor, to recover for injuries sustained while in the employ of defendant company. The jury found for plaintiff in the sum of $12,000, and from a judgment entered thereon defendant has appealed.

We have carefully considered the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.